# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.: _16- 9087_

      : 

      V.       :     CRIMINAL ACTION

      :

      :     ORDER OF RELEASE

_Joseph Lopez_       :

      The Court orders the defendant, ___Joseph Lopez___ , is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: ___6-23-16___

___[signature]___       ___04/21/2016___
DEFENDANT       DATE

      It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

___[signature]___
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

___4/21/16___
DATE

      I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

___[signature] Leslie Richardson___
U.S. PRETRIAL SERVICES OFFICER